Gary PIERCE, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 441, 2015

Supreme Court of Delaware.

Submitted: October 8, 2015[1]
Decided: November 23, 2015
Rehearing En Banc Denied December 22, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID 0407019516

AFFIRMED.

Christopher L. LEWIS, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 453, 2015

Supreme Court of Delaware.

Submitted: November 19, 2015
Decided: November 25, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID 1401001260

DISMISSED.